# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 353 MAL 2015

         Respondent       :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court
         v.               :

JUAN M. VILLANUEVA,        :

         Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.